IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ERIC PICKARD,                              ) | |
| Plaintiff,                                 ) | |
| v.                                         ) | No.   14-cv-130 JPG/DGW |
| ILLINOIS CENTRAL RAILROAD                  ) | |
| COMPANY, *A Corporation,*                  ) | |
| Defendant.                                 ) | |

**MEMORANDUM AND ORDER**

This matter comes before the Court on the plaintiff's stipulation of dismissal (doc. 6). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) a plaintiff may dismiss an action without a court order pursuant to a stipulation signed by all parties. Here, plaintiff has presented a stipulation of dismissal signed by all parties. Pursuant to the parties' stipulation, this case is **DISMISSED** with prejudice and without costs and the Court **DIRECTS** the Clerk of Court to close this case.

DATED: March 13, 2014

*s/ J. Phil Gilbert*
UNITED STATES DISTRICT JUDGE