UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON DIVISION

| | | |
|---|---|---|
| ERIC PICKARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:14-cv-00130-JPG-DGW |
| | ) | |
| ILLINOIS CENTRAL RAILROAD | ) | |
| COMPANY, a corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION FOR DISMISSAL

The parties hereto, by their respective attorneys, stipulate to and inform the Court that the above-captioned case has settled.

As a result, plaintiff hereby voluntarily dismisses his Complaint with prejudice. Each party to pay its own costs.

BURGE & BURGE, P.C.                         THOMPSON COBURN LLP


s/F. Tucker Burge (with permission)          s/Kurt E. Reitz
 F. Tucker Burge                              Kurt E. Reitz
 2001 Park Place North, Suite 850             525 West Main Street, P. O. Box 750
 Birmingham, Alabama  35203                   Belleville, Illinois  62222-0750
 Attorney for Plaintiff                       Attorney for Defendant

5929594.1